# Exhibit C

## Declaration of Leslie Johnson

DocuSign Envelope ID: 4E6AD474-40F6-4696-83F3-4F1A72D261A7

# **DECLARATION OF LESLIE JOHNSON**

I, **Leslie Johnson**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct:

1. I am over the age of eighteen (18) and suffer from no legal disabilities.

2. I am competent to give this declaration.

3. The statements contained in this declaration are based upon personal knowledge and belief.

4. I worked at Eastern Carolina University's OBGYN Department as a Certified Medical Assistant from approximately 2003 to 2020.

5. Ms. Donna Boykin was my direct supervisor during my entire employment with ECU.

6. In or about early 2018, I noticed Ms. Boykin started to have visible tremors in her hands as well as a "head tic" that exhibited as sudden, rapid movements around her head. Prior to this time, I had never noticed these behaviors in Ms. Boykin.

7. Ms. Boykin's head tic and hand tremors were obviously visible to any individual who worked or spent time around Ms. Boykin. Based on my personal and medical knowledge, I knew that these physical symptoms were not normal.

8. I spoke with Ms. Boykin multiple times after I witnessed these physical symptoms to ask, "are you OK?" and I encouraged her to see a doctor. I also approached and spoke to other ECU staff about my observations. They also noticed Ms. Boykins' physical symptoms. Other ECU staff members shared their similar concerns with Ms. Boykin and encouraged her to see a doctor.

9. I know that Ms. Anderson was classified as administrative personnel at ECU, but she often involved herself in non-administrative clinical matters at ECU, including supervising nurses, although she herself is not a Registered Nurse ("R.N."). For example, when Ms. Boykin was out on FMLA leave, Ms. Anderson along with Dr. Smith took on the responsibility of scheduling the assisting medical staff shifts.

10. While employed at ECU, as a result of surgery, I developed a C diff. infection that required me to take intermittent FMLA and disability leave.

11. Upon information and belief, Ms. Anderson instructed Ms. Boykin to require me to provide a doctor's note in addition to my FMLA paperwork anytime I was out or needed to take leave for medical reasons. To my knowledge, Ms. Anderson did not give this instruction or requirement to my non-disabled colleagues. I later learned from Human Resources that Ms. Anderson's role did not entitle her to place this requirement on me.

12. I affirm and swear under penalty of perjury that I am signing this declaration freely and voluntarily, and the statements contained herein are true and accurate to the best of my knowledge and belief.

1

DocuSign Envelope ID: 4E6AD474-40F6-4696-83F3-4F1A72D261A7

Dated: 1/14/2021

DocuSigned by:

*Leslie Johnson*

—8B7B8DCBD13E477...

Leslie Johnson