UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:21-CV-00008

| | |
|---|---|
| DONNA BOYKIN,<br><br>Plaintiff,<br><br>v.<br><br>EAST CAROLINA UNIVERSITY,<br><br>Defendant. | ORDER ON DEFENDANT'S<br>AMENDED MOTION TO DISMISS |

This matter comes before the Court on Defendant East Carolina University's Amended Motion to Dismiss Plaintiff's claim for Wrongful Discharge in Violation of Public Policy. Upon consideration of the Amended Motion, Plaintiff's decision not to contest the Amended Motion, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Plaintiff's claim for Wrongful Discharge in Violation of Public Policy is hereby DISMISSED.

This the __25__ day of May, 2021.

_____
U.S. District Judge